# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re:

REBECCA METZGER

    Debtor(s).

Case No.: 3:22-bk-01117-BAJ
Chapter 11

## STIPULATION FOR PLAN TREATMENT IN PLAN OF REORGANIZATION- CLASS 2

Debtor, REBECCA METZGER, and Class 2 Creditor, UMB BANK, NATIONAL ASSOCIATION not in its individual capacity but solely as legal title trustee of LVS Title Trust XIV ("Creditor"), agree to the below plan treatment language for the Plan of Reorganization dated September 12, 2022 (Doc.No. 52):

| Class: | Creditor: | Collateral: | Interest Rate: | Amount Allowed: | Payment: |
|---|---|---|---|---|---|
| 2 | UMB Bank, National Association, not in its individual capacity but solely as legal title trustee of LVS Title Trust XIV<br>c/o Citadel Servicing Corp.<br>9726 Old Bailes Road<br>Fort Mill, SC 29707<br>Acct# xxx8154<br><br>**Impaired** | First Mortgage 2088 PLAINVIEW AVENUE PITTSBURGH PA 15226 | 9.5% | $130,000.00 Claim No. 6 | The holder of the Class 2 claim shall retain its lien on the collateral (real property further described in the mortgage until fully paid and will receive the value of the claim secured by the mortgage during months 1-360 of the plan in the amount of $1,093.12 (Principal & Interest) plus $314.00 Taxes and Insurance for a total payment of $1,407.12 each month. |

Additional Terms:

1. Loan payments are subject to adjustment for escrow in accordance with the terms of the note, mortgage and applicable loan documents.

2. Based on previously filed Agreed Order Granting Debtor's Motion to Determine Secured Status of Lien dated December 28, 2022 (Doc 92) Creditor has an allowed secured claim for $130,000 and an allowed unsecured claim for $9,992.43 without further order of the Court; however, Creditor is allowed to file a unsecured claim for the difference between the balance and the agreed upon value; should the bankruptcy be dismissed or converted Creditor's lien shall revert to be based on the prepetition loan amount and terms and be enforceable as such.

3. Creditor shall have relief from the automatic stay and any bankruptcy injunctions or stays under the Plan as confirmed, upon the effective date of the confirmation.

4. The terms under this Stipulation supersede and replace the terms under the Plan as originally filed and these terms shall be incorporated by amendment of the original Plan or by reference in any further Plan and/or the Order of Confirmation.

Dated: January 18, 2023

AGREED TO BY Debtor, REBECCA METZGER, and Class 2 Creditor, UMB BANK, NATIONAL ASSOCIATION not in its individual capacity but solely as legal title trustee of LVS Title Trust XIV

**Kahane and Associates, PA**
1619 NW 136th Avenue, Suite D-220
Sunrise, Florida 33323
Telephone: (954) 382-3486
Facsimile: (954) 382-5380

By: _____
Gregg S. Ahrens, Esquire, Fla. Bar No. 352837
gahrens@kahaneandassociates.com

*/s/ Bryan K. Mickler*
Law Offices of Mickler & Mickler, LLP
Attorneys for Debtor-in-Possession
5452 Arlington Expressway
Jacksonville, FL 32211
(904) 725-0822
Florida Bar No. 091790
bkmickler@planlaw.com

"Filer's Attestation: Pursuant to Local Rule 1001-2(g)(3) regarding signatures, Bryan K. Mickler attests that concurrence in the filing of this paper has been obtained;"